UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FIFTH LOUISIANA LEVEE DISTRICT** | **CIVIL ACTION NO. 16-1786** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICKY L. BROWN** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Order of Remand [Doc. No. 2] is GRANTED, and this case is REMANDED to the Sixth Judicial District Court, Tensas Parish, Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the certified copy to the Clerk of the Sixth Judicial District Court, Tensas Parish, Louisiana.

IT IS FURTHER ORDERED that, for reasons set forth in the Court's Ruling, Plaintiff's request for costs and attorneys' fees is DENIED.

Monroe, Louisiana, this 7th day of September, 2017.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE